IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01706-RPM-BNB

VELVET TRUJILLO,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois domestic mutual insurance company,

Defendant.

---

**ORDER**

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 6, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 23, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge