IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01706-RPM-BNB

VELVET TRUJILLO,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois Domestic Mutual Insurance Company,

      Defendant.

_____

### ORDER OF DISMISSAL
_____

      Pursuant to the Stipulated Motion to Dismiss with Prejudice [22] filed on April 6, 2009, it is

      ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

      Dated:   April 7th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge